UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GORDON COOLEY, | No. 2:14-cv-0343 KJN P |
| Petitioner, | |
| v. | ORDER |
| K. HOLLAND, | |
| Respondent. | |

Petitioner has requested the appointment of counsel or an order requiring the state court to provide petitioner with free copies of transcripts. (ECF No. 13, 9.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. As set forth in this court's February 7, 2014 order, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

On February 7, 2014, respondent was directed to file a response within sixty days. At this point in the proceedings, the court is unable to determine which transcripts may be required to address the petition. Moreover, at present, no further action is required of petitioner until he receives the responsive pleading filed by respondent.

////

1     Accordingly, IT IS HEREBY ORDERED that petitioner's motions for appointment of
2  counsel (ECF Nos. 13, 9) are denied without prejudice.
3  Dated: March 7, 2014

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

5  cool0343.110(2)

2