UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GORDON COOLEY, | No.  2:14-cv-0343 KJN P |
| Petitioner, | |
| v. | ORDER |
| K. HOLLAND, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel.  Petitioner raises two ineffective assistance of counsel claims in his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  On April 2, 2014, petitioner filed a motion for court order directing the district attorney of Sacramento County to produce copies of all discovery to petitioner.  Specifically, petitioner seeks copies of transcripts of hearings held *in camera* in the Sacramento County Superior Court, as well as a copy of the sheriff's report submitted in Case No. 12F01741.  (ECF No. 17 at 1-3; 7.)  On April 3, 2014, respondent filed a response to petitioner's motion.  (ECF No. 18.)  Respondent does not object to an order authorizing respondent to seek transcripts of the *in camera* hearings from the Sacramento County Superior Court for filing in this action under seal, but argues that petitioner failed to demonstrate the relevance of the law enforcement investigative report.  On April 8, 2014, petitioner filed a reply in which he renews his request for appointment of counsel.

////

1

It appears that transcripts of the *in camera* hearings held pursuant to People v. Marsden, 2 Cal. 3d 118 (1970), in Case Nos. 12F01741, 12F02616, and 12F02817 in the Sacramento County Superior Court, are relevant and may be helpful regarding claims in the pending petition for writ of habeas corpus.  The petition references two Marsden hearings:  one held on June 28, 2012, and another on July 9, 2012.  (ECF No. 1 at 17-18.)  However, as argued by respondent, petitioner did not demonstrate the relevance of the sheriff's report issued in Case No. 12F01741 to petitioner's ineffective assistance of counsel claims.  Thus, petitioner's request to compel the District Attorney to provide a copy of the Sheriff's report is denied.

Good cause appearing, respondent shall forthwith ask the Superior Court of California, County of Sacramento, to transmit copies of all the transcripts of Marsden hearings to this Court, for filing under seal.  Once the sealed transcripts are received, the court will issue further orders.  Thus, respondent's obligation to respond to the petition pursuant to this court's February 7, 2014 order is suspended pending further order of this court.  At this time, the court declines to appoint counsel for the reasons set forth in the February 7, 2014, and March 7, 2014 orders.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for court order (ECF No. 17) is partially granted;

2. Respondent shall forthwith ask the Superior Court of California, County of Sacramento, to transmit copies of all the transcripts of Marsden hearings, in Case Nos. 12F01741, 12F02616, and 12F02817, to this Court, for filing under seal;

3. Respondent's obligation to respond to the petition is suspended pending further order; and

4. Petitioner's renewed motion for appointment of counsel (ECF No. 20) is denied.

Dated:  April 15, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cool0343.mar